DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eliodoro Guzman-Arreguin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ELIODORO GUZMAN-ARREGUIN,<br><br>    *Defendant.* | No. 1:11-cr-00241 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: February 13, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC KERSTEN, Assistant Federal Defender, counsel for defendant Eliodoro Guzman-Arreguin, that the date for status conference in this matter may be continued to February 13, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 30, 2012. The requested new date is February 13, 2012.**

The parties are currently engaged in plea negotiations. This continuance is requested to allow additional time for negotiations to continue, and for Mr. Guzman-Arreguin to consider the anticipated revised plea offer.

///

///

1 The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2 effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3 ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4 the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 26, 2012                By /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 26, 2012                By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Eliodoro Guzman-Arreguin

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 26, 2012

                                                CHIEF UNITED STATES DISTRICT JUDGE