1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) 1:11-CR-00241-AWI
                                  )
12            Plaintiff,          ) PRELIMINARY ORDER OF
                                  ) FORFEITURE
13       v.                       )
                                  )
14 ELIODORO GUZMAN ARREGUIN,      )
                                  )
15            Defendant.          )
                                  )
16 _____ )

17      Based upon the plea agreement entered into between United States

18 of America and defendant Eliodoro Guzman Arreguin, it is hereby

19 ORDERED, ADJUDGED AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 1028(b)(5), defendant Eliodoro

21 Guzman Arreguin's interest in the following property shall be

22 condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24          a. One Smith Corona Typewriter,
            b. One FujiFilm Digital Camera,
25          c. One Sony Digital Camera,
            d. One Nokia cell phone,
26          e. Two Samsung Galaxy cell phones,
            f. One Attache thumbdrive 2G,
27          g. One black wallet with contents, and
            h. Card making supplies.
28 ///

2. The above-listed assets constitute property used or intended to be used to commit a violation of 18 U.S.C. § 1028(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of
///
///

Forfeiture pursuant to 18 U.S.C. § 1028(b)(5), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: February 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE