| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | Eliodoro Guzman-Arreguin |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00241 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) HEARING AND [PROPOSED] ORDER |
| v. | ) |
| ELIODORO GUZMAN-ARREGUIN, | ) Date: May 7, 2012 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Eliodoro Guzman-Arreguin, that the date for sentencing may be continued to May 7, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is April 23, 2012. The requested new date is May 7, 2012, at 10:00 a.m.**

Due to unanticipated delays in completing Mr. Guzman-Arrreguin's presentence interview additional time is necessary to allow for to completion the Presentence Investigation Report and any objections and/or responses thereto prior to the sentencing date.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER<br>
United States Attorney

DATED: March 16, 2012   By /s/ Ian A. Garriques
IAN A. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 16, 2012   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Eliodoro Guzman- Arreguin

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE