DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eliodoro Guzman-Arreguin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00241 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| ELIODORO GUZMAN-ARREGUIN, | Date: May 21, 2012 |
| *Defendant.* | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Eliodoro Guzman-Arreguin, that the date for sentencing may be continued to May 21, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is May 7, 2012. The requested new date is May 21, 2012, at 10:00 a.m.**

Defense counsel just received paperwork which indicates that Mr. Arreguin did not commit an offense for which he is receiving criminal history points. If it is established that Arreguin did not commit this offense, it will result in a reduction of Arreguin's criminal history category and sentencing guideline range. A short continuance is requested to allow time to clarify the issue prior to sentencing.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 3, 2012    By /s/ Ian A. Garriques
IAN A. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 3, 2012    By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Eliodoro Guzman- Arreguin


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:    May 4, 2012    _____
CHIEF UNITED STATES DISTRICT JUDGE