```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00241-AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| ELIODORO GUZMAN ARREGUIN | Date: June 11, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing now set for June 4, 2012, may be continued to **June 11, 2012, at 10:00 a.m.**

The reason for the brief continuance is to allow for the availability of assigned counsel at sentencing. Specifically, counsel for the government recently learned that he will have to be out of town for work purposes on the day of the previously scheduled sentencing hearing. As this is a post-plea sentencing hearing, time need not be excluded under the Speedy Trial Act.

Dated: May 30, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By:  /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

Dated: May 30, 2012               By:  /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
                                       Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:    May 30, 2012           _____
                                 CHIEF UNITED STATES DISTRICT JUDGE